IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PETICURE, LLC, <br> Plaintiff, <br><br> v. <br><br> TELEBRANDS CORPORATION, <br> AJIT KHUBANI a/k/a A.J. KHUBANI, <br> and DOES 1-100, Inclusive, <br> Defendants. | § § § § § § § § § § | CASE NO. 4:08cv345 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 10, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Ajit Khubani's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 12) be GRANTED and that the claims in this matter against Defendant Ajit Khubani be dismissed for lack of jurisdiction.

The court, having made a *de novo* review of the objections raised by Plaintiff and Defendant's response, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Defendant Ajit Khubani's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 12) is

1

GRANTED, and the claims in this matter against Defendant Ajit Khubani shall be dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

SIGNED this 30th day of July, 2009.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE